**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \| |
| | \| Crim. Case No.: 14-mj-712 (JMF) |
| v. | \| |
| | \| |
| **LEONARDO SILVA,** | \| |
|       **Defendant.** | \| |
| | \| |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF DEFENSE COUNSEL HERIBERTO MEDRANO**

    **COMES NOW UNDERSIGNED COUNSEL** and, pursuant to Local Criminal Rule 44.1, respectfully moves for the admission *pro hac vice* of defense counsel Heriberto "Eddie" Medrano, of Texas, in the above captioned case. Defense counsel Medrano seeks admission and entry of appearance and pursuant to Rule 2B of the CM/ECF Administrative Procedures to receive electronic filings in this case.

    In support of this motion, the following is respectfully submitted:

1. The full name of the sponsored attorney is: Heriberto Medrano;

2. Address of sponsored attorney is: 2009 East Harrison Ave., Suite B, Harlingen, Texas 78550;

3. Email address of sponsored attorney is: edmedrano@mac.com

4. Mr. Medrano is licensed and is an attorney in good standing in the following U. S. Courts:

   a. Southern District of Texas;
   b. Eastern District of Texas;
   c. Western District of Texas;
   d. Eastern District of Michigan;
   e. Western District of Michigan;

    f. U.S. 3rd Circuit Court of Appeals;

    g. U.S. 4th Circuit Court of Appeals;

    h. U.S. 5th Circuit Court of Appeals;

    i. United States Supreme Court;

    j. U.S. Bankruptcy Court;

5. Attached is a Certification by attorney Heriberto Medrano stating that he has never been disciplined by any Court.

6. Attorney Medrano has never before applied for *Pro Hac Vice* Admission to this Court.

7. Attorney Medrano is not a member of the District of Columbia Bar.

Additionally, Mr. Medrano previously served as an Assistant United States Attorney in both the Eastern and Southern Districts of Texas. Mr. Medrano has been a licensed attorney in the State of Texas since 1978 (36-years).

    **WHEREFORE,** it is respectfully requested that this motion be granted, that Mr. Medrano be admitted *pro hac vice* to represent the defendant, and that Mr. Medrano receive ECF notices.

    Respectfully submitted,

    **RETURETA & WASSEM, P.L.L.C.**

By: _____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
1614 Twentieth Street, NW
Washington, D.C. 20009
O - 202.450.6119 / F – 202.450.6109
MJR@RETURETAWASSEM.COM

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via ECF filing on this 8th day of January 2015.

By: _____
       Manuel J. Retureta, Esq.